

## ORDERED in the Southern District of Florida on April 12, 2018.

Laurel M. Isicoff
Chief United States Bankruptcy Judge

_____

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| In re:<br><br>BERNARDO ROMAN, III,<br><br>    Debtor. | Case No.: 17-23548-LMI |
| LEWIS TEIN P.L.,<br>GUY LEWIS, AND<br>MICHAEL TEIN,<br><br>    Plaintiffs,<br><br>    v.<br><br>BERNARDO ROMAN, III,<br><br>    Defendant. | Adversary No.: 18-01059-LMI |

**ORDER GRANTING DEFENDANT'S MOTION TO DISMISS
COMPLAINT FOR NONDISCHARGEABILITY [DE#08]**

1

This matter came before the Court on the 28th day of March, 2018, on the above Motion; the Court having considered the parties' submissions and arguments of counsel, and having set out the reasons for its ruling on the record, it is

**ORDERED** that the Motion is **GRANTED**.  Plaintiff's Complaint is dismissed with prejudice.

# # #

**Submitted by Ronald G. Neiwirth:**

*Ronald G. Neiwirth, who is the party submitting this Order, shall serve a copy of the signed order on all parties of the service list enclosed and file with the court a certificate of service conforming with Local Rule 2002-1(F).*